JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN A. HERNANDEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>WACHOVIA MORTGAGE,<br><br>        Defendant. | Case No. EDCV 10-00658 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: June 10, 2010

VIRGINIA A. PHILLIPS
United States District Judge